**IN THE UNITED STATES**
**DISTRICT COURT OF MINNESOTA**

| | |
|---|---|
| **NIAZI LICENSING CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**ST. JUDE MEDICAL S.C., INC.,**<br><br>Defendant. | Case No. 0:17-cv-05096-WMW-BRT<br><br>**JOINT CLAIM CONSTRUCTION REPORT and STATEMENT** |

Plaintiff Niazi Licensing Corporation ("NLC") and Defendant St. Jude Medical S.C. ("St. Jude"), pursuant to the Court's February 22, 2019 Scheduling Order (Dkt. 65), hereby submit the following joint claim construction statement:

**i. Date of Claim Construction Hearing.**

The Court has set a claim construction hearing for this matter and a sister case involving the same patent for July 16, 2019 at 9:00 am.

**ii. Request for Informal Pre-Claim Construction Conference.**

The parties believe a conference would be helpful in order to discuss proposals to simplify and streamline the claim construction process. The parties propose to conduct a joint conference with the sister case, Case No. 17-5094, if possible. Counsel in this case is available either June 7 by telephone or June 13, which is the date on which the parties will be appearing before the Court for a motion hearing.

**iii. List of Terms on Which The Parties Agree:**

The parties conducted a meet and confer telephonic conference on May 15, 2019, and at least one more afterwards, but were unable to agree to the construction of any terms at issue in U.S. Patent No. 6,638,268 ("'268 Patent").

**iv. List of Terms Which Will Require the Court's Construction.**

The parties dispute the proper construction of approximately 20 claim terms. Many of these terms, however, are interrelated such that the actual number of constructions for the Court is to be less based on anticipated groupings. In addition, most of the dispute relate to indefiniteness of terms as used in the patent, and likely will require the same legal analysis by the Court for each corresponding term.

**Exhibit A** sets forth each of the disputed claim terms, each party's proposed construction of the disputed term, identification of exemplary references from the specification or the prosecution history that support that construction, and an identification of any extrinsic evidence on which each party intends to rely either to support its proposed construction or to oppose the other party's proposed construction.

**v. Identity of Every Witness to Provide Testimony.**

NLC identifies Dr. Imran Niazi as an expert who can provide the Court with a background of the technology and medical procedures at issue in the case, consistent with the declaration testimony he submitted in connection with IPR2018-00609 and IPR2018-00610. Further, most of the claim terms designated for construction by the Court are at the request of St. Jude (NLC only identified two claim terms for construction). To the extent that St. Jude relies upon expert testimony in support of its proposed constructions

for those terms, NLC may rely upon Dr. Niazi as a rebuttal expert, who will testify consistently with NLC's proposed constructions.

St. Jude will be calling Dr. Arthur Erdman as its expert witness. A summary of the opinion to be offered by Dr. Erdman is included in Exhibit A.

**vi. Proposals for Any Technology Tutorials as Part of Claim Construction.**

The parties believe that a technology tutorial may be beneficial to the Court and may make the presentation of their arguments relating to the claim terms proposed for construction more efficient. The parties propose that the technology tutorial occur at the beginning of the claim construction hearing on July 16, 2019. The parties believe they can prepare a joint tutorial that will take no longer than 20 minutes.

**vii. Proposed Briefing Schedule for Claim Construction.**

Parties propose that opening briefs be filed on June 18, 2019, and that opposing briefs be filed on July 2, 2019. Parties agree to waive reply briefs.

Dated: May 30, 2019

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*<u>/s/ Kal K. Shah</u>*
Kalpesh (Kal) K. Shah
Katherine A. Smith
333 West Wacker Drive, Suite 1900
Chicago, IL 60606
Telephone: 312.212.4949
Facsimile: 312.757.9192
Email: kshah@beneschlaw.com
Email: ksmith@beneschlaw.com

and

Mae van Lengerich
MONROE MOXNESS BERG P.A.
7760 France Avenue South, Suite 700
Minneapolis, MN 55435
Telephone: 1.952.885.1281
mvanlengerich@mmblawfirm.com

*Attorneys for Defendant St. Jude Medical S.C., Inc.*

**BOYLE FREDERICKSON S.C.**

Dated: May 30, 2019

*_/s/ Michael T. Griggs_*
Michael T. Griggs
Sarah M. Wong
840 N Plankinton Ave.
Milwaukee, WI 53203
Telephone: 414-225-9755
Facsimile: 424-225-9753
Email: mtg@boylefred.com
Email: smw@boylefred.com

J. Ashwin Madia, MN #321187
Joshua A. Newville, MN #395221
Cody J. Blades, MN #396341
Zane A. Umsted, MN #398761
MADIA LAW LLC
333 Washington Ave N.
Minneapolis, Minnesota 55401
Tel: 612.349.2723
Fax: 612.235.3357
jamadia@madialaw.com

Attorneys for Plaintiff Niazi Licensing Corporation